**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                                  CASE NO.  4:17cr3-MW

**THOMAS ALLEN BENTON,**

   **Defendant.**
   _____/

## ORDER OF TEMPORARY DETENTION

The Government has moved for the detention of the Defendant pending trial.  A detention hearing was held and the Defendant, represented by counsel, has stipulated to temporary detention with the right to renew his request for his release upon receipt of new information regarding, in part, potential residences and the fashioning of appropriate conditions of release pending trial.  No final determination was made regarding the Defendant's detention.

Accordingly, it is **ORDERED** that a continuation of the detention hearing will be scheduled upon the request of the Defendant, before the undersigned.  Pending this hearing, the defendant shall be held in custody by the United States Marshal.  The United States Marshal is hereby

directed to have the Defendant in the U.S. Courthouse upon the scheduling of the detention hearing.

**DONE AND ORDERED** on January 5, 2017.

        <u>s/ Charles A. Stampelos</u>
        **CHARLES A. STAMPELOS**
        **UNITED STATES MAGISTRATE JUDGE**